UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JOYCE LOUISE HAYES, | ) |
| | ) CASE NO.: 3:13-CV-00182-RCJ-VPC |
| Plaintiffs, | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #25) entered on May 1, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Remand and/or Reversal (#16) and grant Defendant's Cross-Motion to Affirm (#20). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #25).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand and/or Reversal (#16) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (#20) is GRANTED

IT IS SO ORDERED this 6th day of June, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE